UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES BROWN,<br><br>              Petitioner,<br><br>    v.<br><br>DOMINGO URIBE, JR.,<br><br>              Respondent. | Case No. CV 09-9259 DOC(JC)<br><br>(PROPOSED)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

      IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

///

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and on any counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 27, 2010

*David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE