UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRES BROWN, | ) | Case No. CV 09-9259 DOC(JC) |
| Petitioner, | ) | |
| | ) | (PROPOSED) |
| v. | ) | JUDGMENT |
| DOMINGO URIBE, JR., | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: _January 27, 2010_

_/s/ David O. Carter_
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE